RIVERLAND CONSTRUCTION COMPANY, A NEW JERSEY CORPORATION, PLAINTIFF-APPELLANT, v. LOMBARDO CONTRACTING COMPANY, INC., A CORPORATION, DEFENDANT-RESPONDENT, AND TOWNSHIP OF BRIDGEWATER, A MUNICIPAL BODY, DEFENDANT-RESPONDENT.

Argued May 22, 1978—Decided June 15, 1978.

*Mr. Richard M. Salsburg* argued the cause for appellant.

*Mr. Richard K. Rosenberg* argued the cause for respondent Lombardo Contracting Co., Inc. (*Messrs. Rosenberg and Waldman,* attorneys).

---

*Mr. Andrew R. Jacobs* argued the cause for respondent Bridgewater Township (*Messrs. Lanigan, O'Connell and Hirsh,* attorneys).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division.

*For affirmance* — Chief Justice HUGHES and Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and HANDLER—7.

*For reversal*—None.